FLI2021002240

MIDDLE
UNITED STATES DISTRICT COURT

**PROOF OF SERVICE**

Case No. 820CV2546T24AEP
Client Ref.

**TO PROCESS SERVER**: You are to serve the documents not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

**CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE**

| [ ] OFFICER CERTIFICATE | OR | [X] AFFIDAVIT OF PROCESS SERVER |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required) |

[X] I served personally a copy of the documents, description of person served: Age: 60, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 140, Hair: Black, Glasses: Y

[ ] I served by registered or certified mail (copy of return receipt attached) a copy of the documents, together with  SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND  on the defendant(s):

Service Geolocation: (42.1990,-83.2356)

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| ACCOUNT ADJUSTMENT BUREAU INC SERVED RITA, PERSON IN CHARGE | 20500 EUREKA RD, STE 300, TAYLOR, MI 48180 | 1/15/2021 11:51 am |

[ ] I have personally attempted to serve the documents, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |

I declare that the statements above are true to the best of my information, knowledge, and belief.

| Service Fee $92.40 | Miles traveled 0 | Mileage fee $0.00 | GPS fee $0.00 | Search fee $0.00 |
|---|---|---|---|---|
| Non-service Fee $0.00 | Bad address fee $0.00 | Mailing fee $0.00 | Picture fee $0.00 | Total fee $92.40 |

TEREASA CRISTA ZYGILA
NOTARY PUBLIC- STATE OF MICHIGAN
COUNTY OF GENESEE
My Commission Expires 05/19/2024
Acting in the County of _____

State of Michigan

County of Genesee

Acknowledged before me on the 18th day of January, 2021 by the affiant who is personally known to me.

_____
Notary Public
Acting in Genesee County
My Commissions Expires:

JAMES CARRIGAN
Process Server

Our Job Serial Number: FLI-2021002240